IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Yvette Barbara Baldwin, :
:
      Plaintiff(s), :
: Case Number: 1:12cv39
      vs. :
: Chief Judge Susan J. Dlott
Hashenite Kingdom of Jordan, et al., :
:
      Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 17, 2012 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 5, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint brought against defendants is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation will not be taken in good faith, and therefore, **DENIES** plaintiff leave to appeal *in forma pauperis. See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                          ___s/Susan J. Dlott_____
                                          Chief Judge Susan J. Dlott
                                          United States District Court